IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Justin Mackie, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Coconut Joe's IOP LLC., CJ Offering LLC., Joe Petro and Caitlin West<br><br>Defendants. | C/A NO.: 2:20-cv-02562-DCN |

**NOTICE OF FILING PROOF OF SERVICE**

Plaintiff, by and through the undersigned counsel, hereby provides notice that Plaintiff has served the Summons and Complaint in the above-captioned action on Defendants, Caitlin West, CJ Offering, LLC, Joe Petro and Coconut Joe's IOP LLC., as evidenced by the Proof of Service attached hereto, which is being filed with the Court. (Exhibit A)

Dated: July 10, 2020

                                                               Respectfully submitted,

                                                               /s/ Marybeth Mullaney
                                                               Marybeth Mullaney, Esq. (Fed Id #11162)
                                                               652 Rutledge Ave. Ste A
                                                               Charleston, SC  29403
                                                               Telephone: (843) 588-5587
                                                               E-mail: Marybeth@mullaneylaw.net

                                                               Attorney for Plaintiff