# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| Justin Mackie, individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Coconut Joe's IOP, LLC, CJ Offering, LLC, Joe Petro and Caitlin West, individually<br><br>Defendants. | CASE NO: 2:20-cv-02562-DCN<br><br>**STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT COCONUT JOES IOP, LLC, AND DISMISSAL OF COCONUT JOES IOP, LLC'S CROSS CLAIM AGAINST DEFENDANT CJ OFFERING, LLC** |

PLEASE TAKE NOTICE that the Plaintiff Justin Mackie, individually and On Behalf of All Others Similarly Situated, pursuant to Rule 41(a)(1)(B) of the Federal Rules of Rules of Civil Procedure, has agreed and does hereby stipulate to the voluntary dismissal of all claims, against Defendant Coconut Joes, IOP, LLC.

Defendant Coconut Joes IOP, LLC, pursuant to Rule 41(a)(1)(B) of the Federal Rules of Rules of Civil Procedure, has agreed and does hereby stipulate to the voluntary dismissal of all cross-claims filed in this action, without prejudice, against Defendant CJ Offering, LLC.

The claims of Plaintiff Justin Mackie, individually and On Behalf of All Others Similarly Situated against parties other than Defendant Coconut Joes IOP, LLC are not affected by this stipulation.

///

- 2 -

WE SO STIPULATE:

*/s/ Nicholas P. Tierney*
Lindsey W. Cooper Jr. (Fed. ID No. 9909)
Nicholas P. Tierney (Fed. ID No. 12268)
Christina B. Humphries (Fed. ID No. 9984)
The Law Offices of L.W. Cooper Jr., LLC
36 Broad Street
Charleston, SC 29401
Telephone: 843.375.6622
Facsimile: 843.375.6623
nick@lwcooper.com
lwc@lwcooper.com

*Attorneys for Defendant Coconut Joes IOP, LLC*

WE SO STIPULATE:

*/s/ Rene S. Dukes, by Nicholas P. Tierney, With Permission*
Alice F. Paylor, Esquire (Fed #03017)
apaylor@rosenhagood.com
Rene S. Dukes, Esquire (Fed #10627)
rdukes@rosenhagood.com
151 Meeting Street, Suite 400
Post Office Box 893 (29402)
Charleston, SC 29401
Telephone: 843.577-6726

*Attorneys for Defendants CJ Offering, LLC, Joe Petro, & Caitlin West*

WE SO STIPULATE:

*/s/ Marybeth Mullaney, by Nicholas P. Tierney, With Permission*
Marybeth Mullaney, Esquire (Fed. ID No. 11162)
Mullaney Law
652 Rutledge Ave, Suite A
Charleston, SC 29403
Telephone: (843) 588-5587
Facsimile: 843.375.6623
marybeth@mullaneylaw.net

*Attorneys for Plaintiff*

- 3 -

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on August 27, 2020, I caused the foregoing STIPULATION OF DISMISSAL to be served on counsel of record via ECF.

/s/Nicholas P. Tierney